IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 953**

| | | |
|---|---|---|
| PIERRE X. ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | |
| | ) | **JUDGE NORGLE** |
| HIRE IMAGE LLC, and | ) | **MAGISTRATE JUDGE NOLAN** |
| STAFFING NOW, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

This lawsuit is brought to redress violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, that have caused Plaintiff, Pierre X. Rogers, to suffer lost wages and substantial emotional distress.

### Parties

1. Plaintiff, Pierre X. Rogers, is a resident of the Northern District of Illinois.

2. Defendant, Hire Image LLC, is a consumer reporting agency as defined by 15 U.S.C. § 1681a and is headquartered in Rhode Island.

3. Defendant, Staffing Now, Inc., is a corporation that provides temporary administrative and clerical employees to different companies around the country and is headquartered in Des Moines, Iowa.

### Jurisdiction

3. The Court has jurisdiction of this matter under 28 U.S.C. § 1331.

4. Venue is proper in the Northern District of Illinois because the claim arose in that judicial district. *See* 28 U.S.C. § 1391(b).

**Jury Demand**

5.  Mr. Rogers demands a trial by jury on each and every claim to which he is so entitled.

**Factual Allegations**

6.  In October 2007, Mr. Rogers applied for employment with Staffing Now, Inc., at its Chicago, IL office. Within a few days of Mr. Rogers's application, Staffing Now offered Mr. Rogers a position working at Colorado Tech Online as a telephone screening operator, on the condition that he pass a criminal background check.

7.  On October 9, 2007, Staffing Now hired Hire Image to perform a criminal background check on Mr. Rogers.

8.  On October 15, 2007, Hire Image performed a criminal background check on Mr. Rogers and delivered the results to Staffing Now. Hire Image's criminal background check report (a consumer report as defined by 15 U.S.C. § 1681a) indicated that in February 2003, Mr. Rogers was convicted in Chicago of a felony drug charge and sentenced to two years probation. The report also indicated that in June 2004, Mr. Rogers was convicted in Chicago of robbery and sentenced to three years in prison.

9.  The background check report that Hire Image provided Staffing Now was not accurate because the reported convictions did not involve Mr. Rogers, but, rather, another individual named Pierre A. Rogers ("PAR"). PAR has a different birth date and middle initial than Mr. Rogers, and PAR's birth date and middle initial at the time of his 2003 and 2004 convictions are available for public viewing in the Cook County criminal records database.

10. At the time that Hire Image reported criminal record information to Staffing Now, Hire

Image did not notify Mr. Rogers that it was reporting the information to Staffing Now.

11. Soon after receiving Hire Image's background check report, Ms. Laura Franklin, Senior Recruiter at Staffing Now, explained to Mr. Rogers that there was an issue with his background check and that, as a result of the report, Staffing Now could not employ him. Mr. Rogers explained that he had never been arrested in his life and requested a copy of the background check report or the name of the company that conducted the background check. Ms. Franklin refused to provide Mr. Rogers the requested information.

12. In an effort to convince Staffing Now that he had no criminal record, Mr. Rogers purchased a fingerprint-based criminal history report from the Chicago Police Department. He submitted the report, which stated that he had never been arrested in Chicago, to Ms. Franklin, but she repeated to Mr. Rogers that she could not offer him a job or give him a copy of his background check report.

13. In December 2007, at the insistence of Mr. Rogers's counsel, Staffing Now provided Mr. Rogers a copy of Hire Image's background check report. Hire Image soon acknowledged that the information in its report was inaccurate and forwarded a revised copy to Staffing Now.

14. Soon after Staffing Now received a copy of Hire Image's revised background check report, it agreed to employ Mr. Rogers, and in January 2008, he began work.

## Count One - Hire Image's FCRA violation

15. Mr. Rogers incorporates by reference paragraphs 1-14 of his Complaint.

16. Hire Image willfully or, in the alternative, negligently failed to maintain strict procedures designed to insure that when it reported Mr. Rogers's criminal record information to

Staffing Now, the information was complete and up to date. *See* 15 U.S.C. § 1681k. Among other things, Hire Image should have discovered that its information was not complete and up to date by carefully checking for Mr. Rogers's records in the Cook County criminal records database.

17. Hire Image willfully or, in the alternative, negligently failed to establish or follow reasonable procedures to assure maximum possible accuracy of the information that it reported to Staffing Now. *See* 15 U.S.C. § 1681e(b). Among other things, Hire Image should have established and followed reasonable procedures to ensure that when employers requested criminal background reports, Hire Image reviewed and verified that it was distributing the most accurate information possible, and that the information pertained to the individual being investigated.

18. Hire Image's willful or, in the alternative, negligent violations of the Fair Credit Reporting Act caused Staffing Now to rescind its job offer to Mr. Rogers. Consequently, Hire Image's violations caused Mr. Rogers to suffer lost wages and emotional distress. *See* 15 U.S.C. § 1681n & o.

### Count Two - Staffing Now's FCRA Violation

19. Mr. Rogers incorporates by reference paragraphs 1-14 of his Complaint.

20. Staffing Now willfully or, in the alternative, negligently refused to provide Mr. Rogers with a copy of Hire Image's background check report before it decided not to employ him. *See* 15 U.S.C. § 1681b(b).

21. If Staffing Now had given Mr. Rogers a copy of Hire Image's background check report when he first requested it, the error would have been apparent on the face of the report,

and it could have been quickly corrected.  Because Staffing Now mistakenly based its decision not to hire Mr. Rogers on Hire Image's incorrect background check report (and unlawfully refused to provide that report to Mr. Rogers), Staffing Now's willful or, in the alternative, negligent violation of 15 U.S.C. § 1681b(b) caused Mr. Rogers significant lost wages and emotional distress.  *See* 15 U.S.C. § 1681n & o.

### Prayer for Relief

**WHEREFORE,** Plaintiff prays that this Court enter judgment in his favor and against Hire Image and Staffing Now and award him:

- A. Monetary damages to compensate him for his lost wages and emotional distress;
- B. Punitive damages to deter such willful conduct in the future;
- C. His court costs and the attorneys' fees incurred by his attorneys employed by the Sargent Shriver National Center on Poverty Law;
- D. Any other relief this Court deems just.

        /s Marie Claire Tran
One of the Plaintiff's Attorneys

Christopher Wilmes
Legal Assistance Foundation of Metropolitan Chicago
111 W. Jackson Blvd. Third Floor
Chicago, IL 60604
(312) 347-8371
Attorney No. 6287688

Timothy Huizenga
Legal Assistance Foundation of Metropolitan Chicago
111 W. Jackson Blvd. Third Floor
Chicago, IL 60604

(312) 347-8377
Attorney No. 3125127

Marie Claire Tran
Sargent Shriver National Center on Poverty Law
50 E. Washington St., Suite 500
Chicago, IL 60602
(312) 263-3830
Attorney No. 6293967