## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0953 | **DATE** | 3/7/2008 |
| **CASE TITLE** | Pierre Rogers vs. Hire Image, LLC, et. Al. | | |

**DOCKET ENTRY TEXT**

Plaintiffs application to proceed in forma pauperis [4] is GRANTED.

*Charles Norgle* (signature)

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | FF |
|---|---|---|