IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PIERRE X. ROGERS, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 CV 953 |
| ) | |
| v. ) | |
| ) | Judge Norgle |
| HIRE IMAGE LLC, and ) | |
| STAFFING NOW, INC., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Pierre X. Rogers, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own fees and costs.

      /s Christopher Wilmes
One of the Plaintiff's Attorneys

Christopher Wilmes
Legal Assistance Foundation of Metropolitan Chicago
111 W. Jackson Blvd. Third Floor
Chicago, IL 60604
(312) 347-8371
Attorney No. 6287688

Timothy Huizenga
Legal Assistance Foundation of Metropolitan Chicago
111 W. Jackson Blvd. Third Floor
Chicago, IL 60604
(312) 347-8377
Attorney No. 3125127

Marie Claire Tran
Sargent Shriver National Center on Poverty Law
50 E. Washington St., Suite 500
Chicago, IL 60602

(312) 263-3830
Attorney No. 6293967